IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WYATT COPPERNOLL,

    Plaintiff,

  v.

HAMCOR, INC.,

    Defendant.

No. C 16-05936 WHA

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

Prior to the hearing on January 12, 2017, on defendant's motion to compel arbitration and plaintiff's motion to amend the complaint to add a PAGA claim, the Court requests supplemental briefing from both sides on the following question:

> Assuming the Supreme Court reverses the Ninth Circuit's decision in *Morris v. Ernst & Young, LLP*, would that reversal apply retroactively to district court proceedings that relied on the *Morris* decision in the interim?

Each side's supplemental brief shall not exceed **THREE PAGES** in length with no footnotes, and shall be double spaced using size 12 font and normal margins. The supplemental briefs are due by **DECEMBER 29 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 8, 2016.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE