IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYATT COPPERNOLL, | No. C 16-05936 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATED REQUEST FOR CONTINUANCES** |
| HAMCOR, INC., | |
| Defendant. | |

The parties' stipulated request to continue the deadline to submit a case management statement, Rule 26 deadlines, and the case management conference is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE