HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

WALTER L. HAINES, ESQ. (SBN 71075)
UNITED EMPLOYEES LAW GROUP, P.C.
5500 Bolsa Ave., Suite 201
Huntington Beach, CA 92649
Tel.:  (562) 256-1047
Fax:  (562) 256-1006
whaines@uelglaw.com

Attorneys for Plaintiff
WYATT COPPERNOLL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYATT COPPERNOLL on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAMCOR INC.,<br><br>Defendant, | Case No. 3:16-cv-05936-WHA<br><br>**STIPULATION REQUESTING LEAVE TO FILE AMENDED COMPLAINT AND [PROPOSED] ORDER THEREON** |

WHEREAS, Plaintiff WYATT COPPERNOLL filed his Complaint in this Court on October 13, 2016 (ECF Doc. #1);

STIPULATION REQUESTING LEAVE TO FILE AMENDED COMPLAINT                1

WHEREAS, in an effort to avoid burdening the Court with unnecessary motion practice, Plaintiff has requested Defendant stipulate that Plaintiff be given leave to file his Proposed First Amended Complaint (attached hereto as Exhibit 1) to add a claim asserting violation of California Labor Code § 226.2, based on the same underlying allegations that gave rise to his claim for unpaid wages; and

WHEREAS, upon leave being granted and the filing of Plaintiff's Amended Complaint, Defendant shall have 14 days after the filing of the First Amended Complaint to respond thereto.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Plaintiff shall have leave to file the Amended Complaint attached hereto as Exhibit 1;
2. Upon Plaintiff filing the Amended Complaint (Exhibit 1), Defendant shall have 14 days after the filing of the Amended Complaint to file any response thereto; and

IT IS SO STIPULATED AND AGREED.

Date: February 3, 2017                              HOYER & HICKS

/s/ Ryan L. Hicks
Richard A. Hoyer
Ryan L. Hicks
Attorneys for Plaintiff
WYATT COPPERNOLL

Date: February 3, 2017                                         FINE, BOGGS, and PERKINS

/s/ Roman Zhuk
Roman Zhuk
Attorneys for Defendant
HAMCOR, INC.

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, the Court hereby Orders:

3. Plaintiff shall have leave to file the Amended Complaint attached to the parties' stipulation as Exhibit 1;   provided that it is filed as a separate ECF entry;

4. Defendant shall have 14 days after the filing of the Amended Complaint to file any responses thereto.

IT IS ORDERED.

Date: February 6, 2017

Hon. William H. Alsup
United States District Judge

STIPULATION REQUESTING LEAVE TO FILE AMENDED COMPLAINT                                           3

## ATTESTATION OF E-FILED SIGNATURE

I, Ryan L. Hicks, am the ECF User whose ID and password are being used to file this Stipulation. I hereby attest that Roman Zhuk has read and approved this Stipulation and consents to its filing in this action.

Date: February 3, 2017

HOYER & HICKS

/s/ Ryan L. Hicks
Richard A. Hoyer
Ryan L. Hicks
Attorney for Plaintiff
WYATT COPPERNOLL